1

2

# JS-6

3

4

5

6

7

8 UNITED STATES DISTRICT COURT

9 CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10

| | |
|---|---|
| 11  EDWARD HERNANDEZ, an individual, | Case No. Case No. 5:14-cv-01810-VAP-KK |
| 12  Plaintiffs, | Assigned to the Hon. Virginia A. Phillips |
| 13  v. | [~~PROPOSED~~] ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE |
| 14  SALLIE MAE INC as administrator for SLM Private Credit Student Loan 2007-A | |
| 15  Trust aka Southwest Student Services/Sallie Mae, DOES 1 through 10 | |
| 16  Defendants. | Complaint Filed:  September 2, 2014 |
| 17  | Trial Date:        None |

18

19       THIS CAUSE is before the Court upon the stipulation for dismissal with

20  prejudice by and between plaintiff Edward Hernandez (**plaintiff**) and defendant

21  Navient Solutions, Inc., formerly known as Sallie Mae, Inc., *erroneously named as*

22  "Sallie Mae Inc. as administrator for SLM Private Credit Student Loan 2007-A Trust

23  aka Southwest Student Services/Salle Mae" (**Navient**).

24       GOOD CAUSE APPEARING, the Court approves the request as follows:

25       1.     Defendant Navient is hereby DISMISSED from the action WITH

26  PREJUDICE.

27       //

28       //

1                                                      CASE NO. 5:14-CV-01810-VAP-KK

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**IT IS SO ORDERED.**

Dated: June 4, 2015

_____
Hon. Virginia A. Phillips
United States District Court Judge